**Joseph N. BRIGGS, Plaintiff— Appellant,**

v.

**BALTIMORE GAS AND ELECTRIC COMPANY, Defendant— Appellee.**

No. 05–2070.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 27, 2006.

Joseph N. Briggs, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph N. Briggs appeals the district court's order dismissing his civil action without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Briggs v. Baltimore Gas & Electric Co.,* No. CA–05–2286–1–AMD (D.Md. Sept. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*